FLORENCE H. FINNEGAN, Appellant, *v.* HELEN HUMES et al., Respondents.

Submitted March 4, 1938; decided March 18, 1938.

*Edmund Fitzgerald* for appellant.

*Milton Carter* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.